# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153542 & (16)(17)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MICHAEL DEWAYNE ROBINSON,
          Defendant-Appellant.

SC: 153542
COA: 330041
Genesee CC: 2013-033612-FC

_____/

          On order of the Court, the motion to add issue is GRANTED.  The application for leave to appeal the February 24, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.



          I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk

s1214